**NEWS DETAILS**

View All News  →

## Vista Outdoor Announces Name for Outdoor Products Segment

October 5, 2023

*Following a separation, Vista Outdoor's Outdoor Products segment will be named Revelyst, Inc., and trade on the New York Stock Exchange under the ticker "GEAR."*

*The name "Revelyst" combines "revel," to experience with abandon, and "catalyst," an unwavering source of transformation.*

*Led by CEO Eric Nyman, Revelyst will be a collective of category-defining maker brands transcending the boundaries of precision, performance and protection.*

ANOKA, Minn.--(BUSINESS WIRE)-- Vista Outdoor Inc. (NYSE: VSTO), the parent company of 41 renowned brands that design, manufacture and market sporting and outdoor lifestyle products to consumers around the globe, today announced the name and identity of its Outdoor Products segment following a planned separation.

(Graphic: Business Wire)

Outdoor Products will be named **Revelyst, Inc.**, and the company will trade on the New York Stock Exchange under the ticker symbol "GEAR" once the separation is complete.

Revelyst is a collective of category-defining maker



brands transcending the boundaries of precision, performance and protection. Brands in the Revelyst portfolio are known for their meticulous craftsmanship and a steadfast obsession with creating products and technologies that support consumers in a wide range of pursuits. Revelyst's purpose is to harness this collective expertise and cross-collaboration to pursue new innovations that redefine what is humanly possible in the outdoors.

The company's new name is a blended word that combines "revel," to experience with abandon, and "catalyst," an unwavering source of transformation. Revelyst captures the company's ethos of helping consumers become their best while serving as a catalyst for memorable experiences through performance gear and precision technologies. Revelyst's logo is a dragonfly, which unites our collective of makers and whose four powerful wings symbolize what it means to be a Revelyst:

- **Innovation**: With omni-directional flight and outsized endurance, this innovation of the natural world mirrors our relentless pursuit of challenging convention.
- **Leadership**: An apex predator at the top of its domain and a symbol of our category-defining brands and our ability to excel against the competition.
- **Inclusivity**: A universal symbol for living life to the fullest and an embodiment of our purpose to help everyone achieve their greatest experiences in the places they love.
- **Ecosystems**: A bellwether of healthy environments and clean water that we use to benchmark our commitment to the outdoors with a holistic view.

"We are excited and proud to introduce Revelyst to the world," said Eric Nyman, CEO of Revelyst. "Revelyst is a collective of maker brands united by an obsession with craftsmanship, a consumer-first culture and helping people achieve their greatest outdoor aspirations. We will leverage operational expertise, shared financial resources and cross-collaboration to deliver products and technologies that support consumers in wide ranges of pursuits. While today we are best known by the innovations that we make, our journey to becoming the greatest house of brands in the outdoor industry is focused on the wildly human experiences that we make possible."

Revelyst unveiled its branding to employees on Oct. 5, including a video explaining the name and the company's purpose, vision and brand pillars. To watch the launch video, visit **www.revelyst.com**.

Revelyst's portfolio of brands, including Fox, Bell, Giro, CamelBak, Camp Chef, Bushnell, Simms Fishing, Foresight Sports and Bushnell Golf, will be led by a consumer-first culture, digital excellence, consumer insights and



About Us    Our Brands    Newsroom    Investors    Purpose

Real Is Outside    Careers

NYSE:  34.97    /
VSTO              +0.29

exceeds $100 billion.

Revelyst will be led by Nyman, who **began as CEO of the segment** on Aug. 21, and a dedicated management team. The company will be well positioned to deliver sustainable and profitable growth to shareholders. Revelyst's capital allocation strategy will prioritize organic growth and internal investment in new product development, marketing and expanded e-commerce and international sales, opportunistic share repurchases and strategic

acquisitions of outdoor businesses in existing and adjacent spaces. Revelyst will employ 2,900 people across multiple locations.

Pilot, Inc., of Boston was the design and branding agency of record for Revelyst.

**About Vista Outdoor Inc.**

Vista Outdoor (NYSE: VSTO) is the parent company of more than three dozen renowned brands that design, manufacture and market sporting and outdoor products. Brands include Bushnell, CamelBak, Bushnell Golf, Foresight Sports, Fox Racing, Bell Helmets, Camp Chef, Giro, Simms Fishing, QuietKat, Stone Glacier, Federal Ammunition, Remington Ammunition and more. Our reporting segments, Outdoor Products and Sporting Products, provide consumers with a wide range of performance-driven, high-quality and innovative outdoor and sporting products. As Vista Outdoor announced in 2022, the company is separating its Outdoor Products and Sporting Products segments into two independent, publicly traded companies. For news and information, visit our website at **www.vistaoutdoor.com**.

**About Revelyst**

Revelyst (NYSE: GEAR) is a collective of makers who design and manufacture performance gear and precision technologies. Our category-defining brands leverage meticulous craftsmanship and cross-collaboration to pursue new innovations that redefine what is humanly possible in the outdoors. Portfolio brands include Fox, Bell, Giro, CamelBak, Camp Chef, Bushnell, Simms Fishing, Foresight Sports, Bushnell Golf and more. For more information, visit our website at **www.revelyst.com**.

**Forward-Looking Statements**

Some of the statements made and information contained in these materials, excluding historical information, are "forward-looking statements," including those that discuss, among other things: our plans, objectives, expectations, intentions, strategies, goals, outlook or other non-historical matters; projections with respect to future revenues, income, earnings per share or other financial measures for Vista Outdoor; and the assumptions that underlie these matters. The words "believe," "expect," "anticipate," "intend," "aim," "should" and similar expressions are intended to identify such forward-looking statements. To the extent that any such information is forward-looking, it is intended to fit within the safe harbor for forward-looking information provided by the Private Securities Litigation Reform Act of 1995. Numerous risks, uncertainties and other factors could cause our actual results to differ materially from the expectations described in such forward-looking statements, including the following: risks related to the separation of our Outdoor Products and Sporting Products segments, including that the process of exploring the transaction and potentially completing the transaction could disrupt or adversely affect the consolidated or separate businesses, results of operations and financial condition, that the transaction may not achieve some or all of the anticipated benefits with respect to either business and that the transaction may not be completed in accordance with our expected plans or anticipated timelines, or at all; impacts from the COVID-19 pandemic on Vista Outdoor's operations, the operations of our customers and suppliers and general economic conditions; supplier capacity constraints, production or shipping disruptions or quality or price issues affecting our operating costs; the supply, availability and costs of raw materials and components; increases in commodity, energy, and production costs; seasonality and weather conditions; our ability to complete acquisitions, realize expected benefits from acquisitions and integrate acquired businesses; reductions in or unexpected changes in or our inability to accurately forecast demand for ammunition, accessories, or other outdoor sports and recreation products; disruption in the service or significant increase in the cost of our primary delivery and shipping services for our products and components or a significant disruption at shipping ports; risks associated

with diversification into new international and commercial markets, including regulatory compliance; our ability to take advantage of growth opportunities in international and commercial markets; our ability to obtain and maintain licenses to third-party technology; our ability to attract and retain key personnel; disruptions caused by catastrophic events; risks associated with our sales to significant retail customers, including unexpected cancellations, delays, and other changes to purchase orders; our competitive environment; our ability to adapt our products to changes in technology, the marketplace and customer preferences, including our ability to respond to shifting preferences of the end consumer from brick and mortar retail to online retail; our ability to maintain and enhance brand recognition and reputation; others' use of social media to disseminate negative commentary about us, our products, and boycotts; the outcome of contingencies, including with respect to litigation and other proceedings relating to intellectual property, product liability, warranty liability, personal injury, and environmental remediation; our ability to comply with extensive federal, state and international laws, rules and regulations; changes in laws, rules and regulations relating to our business, such as federal and state ammunition regulations; risks associated with cybersecurity and other industrial and physical security threats; interest rate risk; changes in the current tariff structures; changes in tax rules or pronouncements; capital market volatility and the availability of financing; foreign currency exchange rates and fluctuations in those rates; general economic and business conditions in the United States and our markets outside the United States, including as a result of the war in Ukraine and the imposition of sanctions on Russia, the COVID-19 pandemic, conditions affecting employment levels, consumer confidence and spending, conditions in the retail environment, and other economic conditions affecting demand for our products and the financial health of our customers. You are cautioned not to place undue reliance on any forward-looking statements we make. A more detailed description of risk factors that may affect our operating results can be found in Part 1, Item 1A, Risk Factors, of our Annual Report on Form 10-K for fiscal year 2023 and in the filings we make with Securities and Exchange Commission (the "SEC") from time to time. We undertake no obligation to update any forward-looking statements, except as otherwise required by law.

**Investor Contact:**
Tyler Lindwall
Phone: 612-704-0147
Email: **investor.relations@vistaoutdoor.com**

**Media Contact:**
Eric Smith
Phone: 720-772-0877
Email: **media.relations@vistaoutdoor.com**

Source: Vista Outdoor Inc.

View All News →

## Quick Links

**SEC Filings**
**Events & Presentations**
**Information Request Form**

## IR Contact

Tyler Lindwall
Investor Relations

✉️
**investor.relations@vistaoutdoor.com**
📞 **612-704-0147**
**Request Investor Information**

## Investor Email Alerts

**Enter your Email Address**                    SUBMIT

Events & Presentations                    Quarterly Reports

Annual Reports                    SEC Filings

End of Day Stock Quote

UNSUBSCRIBE

Site Map      Privacy Policy      Terms Of Use      Partners & Suppliers

Contact Us      California/UK Supply Chain Disclosure      Patents

Accessibility

© 2024 Vista Outdoor Operations LLC. All Rights Reserved.

Powered By Q4 Inc.      5.121.0.2