**FREE SHIPPING ON ALL ORDERS OVER $99. SEE DETAILS.**



PRODUCTS

CONTACT US

SUPPORT



LOGIN     CART

QUESTIONS? CALL (800) 423-3537

Home    Launch Pro

★★★★☆ 349 Reviews



$1,999.99 - $3,499.99

Free Shipping. Free Returns.

# LAUNCH PRO

Our personal launch monitor with Tour-level accuracy both indoor and out.

**0% Financing for well-qualified golfers.**

Starting at $122/mo or 0% APR with *affirm*.

See if you qualify

**CHOOSE DATA:** ⓘ

   

Ball Data

VIEW:   All Media   Videos

Ball & Club Data

Add accident protection offered by **Extend**
?

| 1 Year $359 | 2 Year $599 | 3 Year $949 |

Case 2:24-cv-00340   Document 1-4   Filed 05/08/24   Page 2 of 9 PageID #: 75

**ADD TO CART**

🚚 ~~Enter ZIP for est. delivery~~   **GO**

| Features | + |
|---|---|

| Reviews | + |
|---|---|

| Additional information | + |
|---|---|

⚠️  Returns accepted within 30 days of shipment.
<u>This device is region locked. For sale and use in U.S. ONLY.</u>

⚠️  <u>WARNING for California Residents</u>

## KNOW YOUR DATA

Want more info on Ball Data and Club Data? Let us help you understand the best Launch Pro unit for your game!

EXPLORE OUR DATA

# LAUNCH PRO

Overview +

Simulation +

Software +

| What's in the Box | + |

| Guides & Articles | + |

| Videos | + |

| Specifications | + |

| Warranty | + |

| Manuals & Support | + |

| Reviews & Questions | + |

# REPLACEMENT PARTS









**CLUB MARKERS FOR LAUNCH PRO (192-**

**REPLACEMENT POWER CORD FOR LAUNCH PRO**

**REPLACEMENT USB-C CABLE FOR LAUNCH PRO**

**REPLACEMENT ALIGNMENT STICK FOR LAUNCH**

| PRO (10 PACK) | PRO | PRO | LAUNCH PRO |
|---|---|---|---|
| $50.00 | Sold out | $27.50 | $150.00 |
| SHOP NOW > | SHOP NOW > | SHOP NOW > | SHOP NOW > |

## YOU MAY ALSO LIKE







### LAUNCH PRO NET PACKAGE

$5,999.99

SHOP NOW >

### LAUNCH PRO FULL SIMULATOR PACKAGE

$9,999.99

SHOP NOW >

### LAUNCH PRO CARRY CASE

$99.99

SHOP NOW >

Other top rated products

<    >

Replacement Carrying C… ★★★★☆ (88)

iON Edge ★★★★☆ (468)

Tour V5 ★★★★☆ (606)

★★★★☆ 349 Reviews, 51 Q&As

✏️ Write A Review    💬 Ask A Question

**REVIEWS**    QUESTIONS

## Filter Reviews

🔍 Search Reviews

Charge    Quality    Model    Ball    Speed    Feel

Improvement    Drive    Performance    Instructions    Machine    …

Rating ▼    Images & Videos ▼

## 349 Reviews

**B** **Brad T.** Verified Buyer                                                                                     04/24/24

★★★★★

**Easy setup and easy to**

Easy setup and easy to use.

Share | Was This Review Helpful? 👍 0  👎 0

---

**R** **Robert H.**                                                                                                   04/10/24

★☆☆☆☆

**Frustrating Subscription Model**

Unit is useless without the $500 yearly subscription. Then if you want to use a 3rd party software, it will cost you another yearly fee. So to play gspro you are looking at $750 a year or $62.50 a month. Subscription fees are killing us.

Share | Was This Review Helpful? 👍 1  👎 0

---

**S** **Scott S.**                                                                                                     03/21/24

★☆☆☆☆

**Does not pick up red face of drivers**

Works great on irons. Unit was not registering my drives. I called technical department for help and was called back in 10 minutes. I was told that the unit's cameras fix in on the red face of my TaylorMade Stealth Driver. Nowhere does it say this when you are purchasing the device for $1,999.000. No warning "will not pick up drives with a red fac...**Read More**

Share | Was This Review Helpful? 👍 0  👎 4

---

**C** **Cory C.** Verified Buyer                                                                                     03/19/24

★★★★☆

**Great product. Wish incentives were there when I purchased.**

I'm really happy with it just stinks that a little after I bought my unit you guys offered the free gold package and gspro which I had to purchase. Purchased at the very end of January.

Share | Was This Review Helpful? 👍 0  👎 4

---

**J** **Jeff N.** Verified Buyer                                                                                     03/19/24

★☆☆☆☆

✓ **Could have been sooooo much better. 1 star**
Too hard to set up. No support over the weekend. Too expensive without true benefit. Sent it back immediately. Went back to Skytrak.

Share  |          Was This Review Helpful?   👍 1   👎 3

< | **1** 2 3 4 5 6 7 8 9 | >



MEDIA
CONTACT US
SUPPORT
EXTEND
PROTECTION PLAN
PRODUCT
REGISTRATION
RETURNS
SHIPPING & DELIVERY
AFFILIATE PROGRAM
ABOUT BUSHNELL GOLF
COOKIE POLICY

## NEWSLETTER

Sign up now for Bushnell Golf email offers, news, and more!

[ SUBSCRIBE ]

© Bushnell Outdoor Products. All Rights Reserved.

Privacy Policy | Terms & Conditions | California/UK Supply Chain Disclosure | Do Not Sell or Share My Info | Accessibility

Patents